# MEMORANDUM DECISIONS.

ABORN et al. v. JANIS et al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Milton Aborn and others against Elsie Janis and others. No opinion. Motion denied, with $10 costs. Order filed.

ABRAMSON, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Nettie Abramson against the New York City Railway Company. C. F. Browne, for appellant. M. Feltenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ACER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Kate B. Acer against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

ÆTNA ELEVATOR CO. v. DEEVES. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by the Ætna Elevator Company against Richard Deeves. No opinion. Application granted. Order signed.

ANDERSON, Respondent, v. FRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by William B. Anderson, as ancillary administrator of the estate of Mary Elizabeth Purkess, deceased, against John C. Fry and another, as executors, etc., of John C. Fry, deceased.
PER CURIAM. Judgment reversed on the law and facts, with costs to the appellants.

ATKINS, Respondent, v. FITZPATRICK, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Joseph S. Atkins against Timothy E. Fitzpatrick. A. P. Bachman, for appellant. B. Marcus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BAKER. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) In the matter of the application of Alvin Baker to lay out a highway, etc., in the town of Roxbury, Delaware county, N. Y. No opinion. Order affirmed, with $10 costs and disbursements.

BANKERS' MONEY ORDER ASS'N v. NACHOD et al. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by the Bankers' Money Order Association against Friederich Nachod and others. No opinion. Motion denied, on condition that appellants have appeal ready for March term. Order filed.

BANNER RUBBER CO., Appellant, v. DAVENPORT, Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by the Banner Rubber Company against Morris J. Davenport.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SMITH, P. J., and KELLOGG, J., dissent.

BARD et al., Appellants, v. FELL et al., Respondents. (Supreme Court. Appellate Division, First Department. December 27, 1907.) Action by Albert S. Bard and another against Herbert N. Fell and another. A. S. Bard, for appellant. A. B. A. Bradley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARLEY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Lillie May Barley, by Lucas Barley, her guardian ad litem, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BARTH, Appellant, v. LEVY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Louis Barth against Morris Levy and others. I. E. Miller, for appellant. S. Kohn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARTHOLOMEW, Appellant, v. BARTHOLOMEW, Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Alvah Bartholomew against Frederick Bartholomew.
PER CURIAM. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.
COCHRANE and SEWELL, JJ., dissent.

BENNETT, Appellant, v. SCHULTZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by John G. Bennett against John Schultz and another. No opinion. Motion granted, unless the appellant perfect his appeal within 10 days and put the case on the calendar for argument. If he cannot obtain the minutes, then let the Municipal Court justice make his return as best he can.